# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TINA LOUISE ACKERMAN,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 6:23-cv-1611-RBD-LLL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Before the Court is Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant. (Doc. 21 ("Motion").) On referral, U.S. Magistrate Judge Laura L. Lambert entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 22 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 22) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Defendant's Motion (Doc. 21) is **GRANTED.**

3. The Clerk is **DIRECTED** to enter judgment reversing and remanding the case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> On remand, the agency will further evaluate the medical opinion evidence, pursuant to 20 C.F.R. § 404.1520c; further evaluate Plaintiff's maximum residual functional capacity; take any further action needed to complete the administrative record including offering Plaintiff the opportunity for a hearing if appropriate; and issue a new decision.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 16, 2023.



ROY B. DALTON, JR.
United States District Judge