# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

TINA LOUISE ACKERMAN,

    Plaintiff,

v.                                                               Case No. 6:23-cv-1611-RBD-LLL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

Before the Court is Plaintiff's Uncontested Motion for Attorney's Fees. (Doc. 25 ("Motion").) On referral, U.S. Magistrate Judge Laura Lothman Lambert entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 26 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 26) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 25) is **GRANTED**.

3. Plaintiff is **AWARDED** $4,011.93 in attorney's fees and $402.00 in

costs, for a total of **$4,413.93**.

4. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the amount of **$4,413.93** under 28 U.S.C. § 2412(d). The Commissioner is permitted to exercise his discretion to honor Plaintiff's assignment of fees to counsel if the U.S. Department of Treasury determines that Plaintiff does not owe a debt to the U.S. Government. (*See* Doc. 25-1.)

5. The file is to remain closed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 2, 2024.



ROY B. DALTON, JR.
United States District Judge